**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
**CEGA LAW GROUP**
1771 E. Flamingo Avenue, 211B
Las Vegas, NV 89119
T (702) 253-6996
F (702) 253-6997
carl@cegalawgroup.com

**TAELOR S. EVANS, ESQ.**
Nevada Bar No. 14704
**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Rd. Suite A-2
Las Vegas, NV 89145
T (702) 881-2212
F (702) 447-9413
vernon@lwa-legal.com
taelor@lwa-legal.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**TERRELL TRA-VON ANDERSON,** an individual,

Plaintiff,

**vs.**

**CITY OF HENDERSON,** a political subdivision of the State of Nevada; **OFFICER BRANDON BASS,** Badge No. 2401, individually**; OFFICER C. NORMAN,** Badge No. 2784, individually; **OFFICER V. ORTIZ,** Badge No. 3058, individually; **OFFICER BRANDON STANLEY,** Badge No. 3109, individually; **OFFICER D. MADRIZ,** Badge No. 2713, individually; **DOE OFFICERS I-XX,** inclusive; and **ROE ENTITIES I-X,** inclusive,

Defendants.

Case No.: 2:26-cv-03390-JAD-DJA

**[PROPOSED] STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

**[FIRST REQUEST]**

COMES NOW Plaintiff, Terrell Tra-von Anderson ("Plaintiff") and Defendants City of Henderson, Officer Brandon Bass, Officer C. Norman, Officer V. Ortiz, Officer Brandon Stanley, and Officer D. Madriz (collectively, "Defendants"), by and through their respective counsel of record, and hereby stipulate and agree to extend the current deadlines for Defendants to file their response to the Complaint [ECF No. 1].

The current response deadlines are as follows:

- City of Henderson: November 10, 2026.
- Officers Brandon Bass, C. Norman, V. Ortiz, Brandon Stanley, and D. Madriz: November 16, 2026.

The parties jointly request that all Defendants' response deadlines be extended up to **December 11, 2026**.

This request is made in good faith, is joined by all parties, and is necessitated by scheduling conflicts and the need for defense counsel to thoroughly review the claims with Defendants.

**IT IS SO STIPULATED.**

DATED this 2nd day of November, 2026.

Respectfully submitted,

**CEGA LAW GROUP**
/s/ Carl E.G. Arnold
**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
**CEGA LAW GROUP**
1771 E. Flamingo Avenue, 211B
Las Vegas, NV 89119
T (702) 253-6996
F (702) 253-6997
carl@cegalawgroup.com

**MARQUIS AURBACH**
/s/ Craig R. Anderson
**CRAIG R. ANDERSON, ESQ.**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: 702.942.2136
Fax: 702.382.5816

*Counsel for Defendants City of Henderson, Officer Brandon Bass, Officer C. Norman, Officer V. Ortiz, Officer Brandon Stanley, and Officer D. Madriz*

**TAELOR S. EVANS, ESQ.**
Nevada Bar No. 14704
**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Rd. Suite A-2
Las Vegas, NV 89145
T (702) 881-2212
F (702) 447-9413
taelor@lwa-legal.com
vernon@lwa-legal.com

*Counsel for Plaintiff*
*Terrell Tra-von Anderson*

The parties have filed a stipulation seeking an extension of time for Defendants to respond to the Complaint. (ECF No. 11). The parties' explanation for their requested extension consists of vague assertions of scheduling conflicts and the need for defense counsel to thoroughly review claims. Nonetheless, the Court GRANTS the stipulation. Defendants shall have an extension of time to and including December 11, 2026, to respond to the Complaint. Going forward, the parties must provide more robust reasoning for any requested extensions.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2026